# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**VENISSA SADDLER,**     **PLAINTIFF,**

**VS.**     **CIVIL ACTION NO. 2:05CV218-P-A**

**QUITMAN COUNTY SCHOOL DISTRICT
and VALMADGE TOWNER, in his individual
capacity,**     **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant Valmadge Towner's Motion to Stay Civil Proceeding [22-1]. Upon due consideration of the motion and the response filed thereto, the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Valmadge Towner's Motion to Stay Civil Proceeding [22-1] is **GRANTED**; accordingly,

(2) This case is **STAYED** until further order of the court; and

(3) The parties are to file a motion to lift the stay upon resolution of the criminal charges pending against Defendant Valmadge Towner.

**SO ORDERED** this the 21st day of March, A.D., 2006.

           /s/ W. Allen Pepper, Jr.
           W. ALLEN PEPPER, JR.
           UNITED STATES DISTRICT JUDGE