# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**VENISSA SADDLER,**                                                          **PLAINTIFF,**

**VS.**                                                      **CIVIL ACTION NO. 2:05CV218-P-A**

**QUITMAN COUNTY SCHOOL DISTRICT**
**and VALMADGE TOWNER, in His Individual**
**Capacity,**                                                                **DEFENDANT**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Quitman County School District's Motion for Summary Judgment on the Merits [95] is **GRANTED**; therefore,

(2) The plaintiff's claims against Quitman County School District are **DISMISSED WITH PREJUDICE**; and, because the court has declined to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3),

(3) The plaintiff's remaining state-law claims against Defendant Valmadge Towner are **DISMISSED WITHOUT PREJUDICE**;

(4) Defendant Valmadge Towner's state-law counterclaims against Plaintiff Venissa Saddler are likewise **DISMISSED WITHOUT PREJUDICE**; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 3rd day of August, A.D., 2007.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE